■ SYRACUSE COUNCIL OF AMERICAN YOUTH HOSTELS, INC., Respondent-Appellant, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Appellant-Respondent. — Orders unanimously affirmed, without costs, for reasons stated at Special Term, Stone, J. (Appeals from orders of Supreme Court, Onondaga County, Stone, J. — tax exemption, Real Property Tax Law, § 420.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Boomer, JJ.